# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

136488

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID KIMMELMAN,
   Plaintiff-Appellant,

v

           SC: 136488
           COA: 277201
           Monroe CC: 07-022739-CD

HEATHER DOWNS MANAGEMENT
LIMITED and LEGACY GOLF
COURSE, LLC,
   Defendants-Appellees.

_____

   On order of the Court, the application for leave to appeal the April 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

                Clerk